442 A.2d 345

Commonwealth v. Lafferty, Appellant.

Petition for Allowance of Appeal Denied July 20, 1982.

 Submitted September 9, 1981. Donald G. Joel, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

---

442 A.2d 345

Commonwealth v. Moore, Appellant.

 Submitted February 24, 1981. John Mercuri, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

Judgment of sentence affirmed.